BENJAMIN J. FOX (State Bar No. 193374)
OREN BITAN (State Bar No. 251056)
MORRISON & FOERSTER LLP
555 West Fifth Street, Suite 3500
Los Angeles, California  90013-1024
Telephone:  213.892.5200
Facsimile:  213.892.5454
BFox@mofo.com
OBitan@mofo.com

Attorneys for Plaintiffs
KONAMI DIGITAL ENTERTAINMENT, INC. and
KONAMI CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KONAMI DIGITAL ENTERTAINMENT, INC. and KONAMI CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>VINTAGE SPORTS CARDS INC., and DOES 1 – 10, inclusive,<br><br>Defendants. | No.  CV 08-06630 VBF PJWx<br><br>**PRELIMINARY INJUNCTION**<br><br>Date:  October 29, 2008<br>Time:  3:30 p.m.<br>Courtroom:  9<br><br>Action Filed:  October 8, 2008 |

la-1001827

1    This matter is before the Court on an Order to Show Cause as to why
2 defendants Vintage Sports Cards Inc. and Does 1-10 (collectively, "Defendants")
3 should not be enjoined during the pendency of this litigation from the further
4 manufacture, distribution, sale, offering for sale or advertising of goods that are
5 counterfeits, infringing, confusingly similar or compete unfairly with plaintiffs
6 Konami Digital Entertainment, Inc. and Konami Corporation's (together,
7 "Konami") Yu-Gi-Oh! Official Trading Card Game ("Yu-Gi-Oh! TCG").
8    This Court, having review the Complaint, Application for a Temporary
9 Restraining Order and Motion for Preliminary Injunction (the "Motion"), the
10 accompanying Memorandum of Points and Authorities and Declarations of
11 Benjamin J. Fox, Mari Tasaki and Yumi Hoashi, and any other papers and
12 argument submitted by the parties, and finding Konami's Motion to be well-taken,
13 IT IS HEREBY ORDERED THAT:
14    (1)   until the conclusion of this litigation or further order of the
15 Court, Defendants, their partners, officers, directors, employees, agents, and
16 representatives and all persons, firms and corporations in active concert or
17 participation with any of them, are enjoined from counterfeiting, infringing,
18 distributing or otherwise using without Konami's authorization the Konami
19 trademarks and any Yu-Gi-Oh! TCG works, by manufacturing or causing to be
20 manufactured, importing or causing to be imported, reproducing or causing to be
21 reproduced, purchasing or causing to be purchased, distributing or causing to be
22 distributed, advertising or causing to be advertised, or offering for sale or selling,
23 any counterfeit or infringing Yu-Gi-Oh! TCG cards or other counterfeit
24 merchandise bearing the Konami trademarks, or any confusingly similar mark;
25    (2)   Defendants and all persons, firms and corporations in concert or
26 participation with them, as identified in Paragraph 1 above, are further enjoined
27 from distributing, shipping, transporting, sharing, offering for sale, selling, altering
28 or disposing of any computer files, digital files, computer discs, master copies, print

1 molds, dye cuts or other materials or instrumentalities used to manufacture
2 counterfeit or infringing Yu-Gi-Oh! TCG cards or other merchandise bearing the
3 Konami trademarks, as well as all labels, signs, prints, packages, receptacles,
4 promotional and other material that display or promote counterfeit or infringing Yu-
5 Gi-Oh! TCG cards or other counterfeit merchandise bearing the Konami
6 trademarks, or any confusingly similar mark; and

7     (3) Defendants, their partners, officers, directors, employees,
8 agents, and representatives and all persons, firms and corporations in active concert
9 or participation with any of them, are further enjoined from altering or destroying
10 their books and records (including, without limitation, email and electronic records)
11 relating to the manufacture, distribution, acquisition and sale of goods that contain,
12 or may have contained, counterfeit or infringing Yu-Gi-Oh! TCG cards or other
13 counterfeit or infringing merchandise bearing the Konami trademarks, or any
14 confusingly similar mark.

15     This Preliminary Injunction is supported by the bond in the amount of
16 $3,000.00 posted by Konami on October 22, 2008.

Dated: October 29, 2008

_____
The Hon. Valerie Baker Fairbank
United States District Judge

2

la-1001827