ANTHONY L. PRESS (State Bar No. 125027)
BENJAMIN J. FOX (State Bar No. 193374)
WENDY J. RAY (State Bar No. 226269)
MORRISON & FOERSTER LLP
555 West Fifth Street, Suite 3500
Los Angeles, California  90013-1024
Telephone:  213.892.5200
Facsimile:  213.892.5454
APress@mofo.com; BFox@mofo.com;
WRay@mofo.com

Attorneys for Plaintiffs
KONAMI DIGITAL ENTERTAINMENT, INC. and
KONAMI CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KONAMI DIGITAL ENTERTAINMENT, INC. and KONAMI CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>VINTAGE SPORTS CARDS INC.; THE UPPER DECK COMPANY, a California Corporation; THE UPPER DECK COMPANY, a Nevada Corporation; THE UPPER DECK COMPANY, LLC; and DOES 4 – 10, inclusive,<br><br>Defendants. | No.  CV 08-06630 VBF PJWx<br><br>**PERMANENT INJUNCTION**<br><br>[Filed Concurrently With the Notice of Conditional Settlement Between Plaintiffs and Vintage Sports Cards Inc. and Stipulation for Issuance of a Permanent Injunction]<br><br>Action Filed:  October 8, 2008 |

1027732

1    The Court, having reviewed the Notice of Conditional Settlement between
2    plaintiffs Konami Digital Entertainment, Inc. and Konami Corporation (together,
3    "Konami") and Vintage Sports Cards Inc. ("Vintage") and these parties' Stipulation
4    for Issuance of Permanent Injunction, as well as the record in this action, and good
5    cause appearing, IT IS HEREBY ORDERED THAT:

6    (1)    Vintage, its partners, officers, directors, employees, agents, and
7    representatives and all persons, firms and corporations in active concert or
8    participation with any of them, are enjoined from counterfeiting, infringing,
9    distributing or otherwise using without Konami's authorization the Konami
10   trademarks and any Yu-Gi-Oh! Trading Card Game ("Yu-Gi-Oh! TCG") works, by
11   manufacturing or causing to be manufactured, importing or causing to be imported,
12   reproducing or causing to be reproduced, purchasing or causing to be purchased,
13   distributing or causing to be distributed, advertising or causing to be advertised, or
14   offering for sale or selling, any counterfeit or infringing Yu-Gi-Oh! TCG cards or
15   other counterfeit merchandise bearing the Konami trademarks, or any confusingly
16   similar mark;

17   (2)    Vintage and all persons, firms and corporations in concert or
18   participation with them, as identified in Paragraph 1 above, are further enjoined
19   from distributing, shipping, transporting, sharing, offering for sale, selling, altering
20   or disposing of any computer files, digital files, computer discs, master copies, print
21   molds, dye cuts or other materials or instrumentalities used to manufacture
22   counterfeit or infringing Yu-Gi-Oh! TCG cards or other merchandise bearing the
23   Konami trademarks, as well as all labels, signs, prints, packages, receptacles,
24   promotional and other material that display or promote counterfeit or infringing Yu-
25   Gi-Oh! TCG cards or other counterfeit merchandise bearing the Konami
26   trademarks, or any confusingly similar mark; and

27   (3)    Until the final disposition of this litigation between all parties
28   (including non-settling parties), Vintage, its partners, officers, directors, employees,

1027732

1  agents, and representatives and all persons, firms and corporations in active concert
2  or participation with any of them, are further enjoined from altering or destroying
3  their books and records (including, without limitation, email and electronic records)
4  relating to the manufacture, distribution, acquisition and sale of goods that contain,
5  or may have contained, counterfeit or infringing Yu-Gi-Oh! TCG cards or other
6  counterfeit or infringing merchandise bearing the Konami trademarks, or any
7  confusingly similar mark.
8      This Permanent Injunction does not vacate or otherwise affect the
9  preliminary injunctions issued by the Court on October 29, 2008 and
10 February 26, 2009.

13 Dated: June 3, 2009    _____
                           The Hon. Valerie Baker Fairbank
14                          United States District Judge

15 Dated:  June 2, 2009

2